(165 App. Div. 366)

### SALVIN v. SALVIN et al.   (No. 6602.)

(Supreme Court, Appellate Division, First Department.   December 31, 1914.)

Appeal from Special Term, New York County.

Action by Harry Salvin, as administrator of Sidney I. Salvin, deceased, against Bertha Salvin and the New York Life Insurance Company. From an order denying a motion for judgment on the pleadings, the defendant Bertha Salvin appeals. Reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Otto Horwitz, of New York City, for appellant.
Percy L. Housel, of Riverhead, for respondent.

DOWLING, J.   Order appealed from, as resettled, reversed, with $10 costs and disbursements, and the motion for judgment for defendant granted, with $10 costs, on the opinion in Salvin v. Salvin and the Equitable Life Assurance Society of the United States, 151 N. Y. S. 60, decided herewith.   All concur.